FILED

09/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0277

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0277

_____

DUTCH ENNIS,

           Plaintiff and Appellant,

   v.

MOJAVA COFFEE, INC. and DOES I-V,

           Defendants and Appellees.

ORDER

This matter, having come before the Court on the Appellant's Motion to Dismiss the Appeal, and it appearing to the Court that the parties have reached a settlement resolving all issues on appeal and that the Appellee does not object to the Appellant's motion,

IT IS THEREFORE ORDERED that the Motion to Dismiss is GRANTED, and this appeal is DISMISSED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 16 2024